IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN OGDEN,

    Petitioner,

v.                                                     No. 22-cv-0801 JCH-JHR

CHARLENE HAGERMAN, *et al*,

    Respondents.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Kevin Ogden's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. §§ 2241 and 2254 (Doc. 1). The filing is deficient because Petitioner has not prepaid the $5.00 filing fee or alternatively, filed an application to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915. Petitioner must cure this deficiency within thirty (30) days of entry of this Order. All filings must include the case number (22-cv-0801 JCH-JHR). The failure to timely comply with this Order will result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must pay the $5.00 filing fee or, alternatively, file an application to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **April 25, 2022 and October 25, 2022**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a copy of the form Application to Proceed *In Forma Pauperis*.

_____
UNITED STATES MAGISTRATE JUDGE